# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LORELI NOLAN,<br><br>Plaintiff(s),<br><br>vs.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>Defendant(s). | Case No. 2:15-cv-02051-JAD-NJK<br><br>ORDER<br><br>(Docket No. 11) |

Pending before the Court is Plaintiff's motion to extend various discovery deadlines. Docket No. 11. The Court **ORDERS** that a response must be filed no later than March 24, 2016, and any reply must be filed no later than March 28, 2016.

IT IS SO ORDERED.

DATED: March 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge